NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TJ BIOTECH, LLC,**

*Plaintiff-Appellee*

v.

**AGROSOURCE, INC.,**

*Defendant-Appellant*

---

2026-1328

---

Appeal from the United States District Court for the Southern District of Florida in No. 9:25-cv-81008-RS, Judge Rodney Smith.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                               TJ BIOTECH, LLC V. AGROSOURCE, INC.

(2)  Each side shall bear their own costs.



                                              FOR THE COURT



February 12, 2026                        Jarrett B. Perlow
        Date                              Clerk of Court


**ISSUED AS A MANDATE:** February 12, 2026